**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marcos Antonio CASTILLO, also known as Marcos Castillo, also known as Marcos Castillos, also known as Cry–Baby, also known as Marco Castillo, also known as Marco Antonio Castillo, also known as Marco Castillo–Calderon, Defendant–Appellant.**

**No. 07–20784**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 5, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Marcos Antonio Castillo raises arguments that are foreclosed by *United States v. Lopez–Ortiz*, 313 F.3d 225, 229–31 (5th

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.